**JACOBSON LAW FIRM**
2730 EAST BROADWAY BLVD., SUITE 160
TUCSON, ARIZONA 85716
TELEPHONE (520) 885-2518
FACSIMILE (520) 844-1011
jeff@jhj-law.com
Jeffrey H. Jacobson, California State Bar No.: 197864
Attorney for Defendant Federal Law Enforcement
Officers Association, Inc.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY COLFESCU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE BERGER, Esq.; FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, INC., a New York Domestic Not-For-Profit Corporation a.k.a FLEOA,<br><br>Defendant. | Case No.: 16-cv-02191-VC<br><br>**ORDER GRANTING STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND EXTEND DEADLINE TO ADD PARTIES OR AMEND PLEADINGS**<br><br>Hon. Vince Chhabria |

The Court having considered the *Stipulation to Modify Initial Pretrial Scheduling Order and Extend Deadline to Add Parties or Amend Pleadings*, and for good cause appearing therefore;

IT IS SO ORDERED granting the Stipulation to Modify Initial Pretrial Scheduling Order and Extend Deadline to Add Parties or Amend Pleadings for a period of 30 days to and including June 1, 2017.

DATED this 26th day of April 2017.

_____
Hon. Vince Chhabria

1