UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY COLFESCU,<br><br>        Plaintiff,<br><br>    v.<br><br>LAWRENCE BERGER, et al.<br><br>        Defendants. | Case No. 16-cv-02191-VC<br><br>**ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Re: Dkt. No. 23 |

In light of the parties' stipulation, this case is referred to the Eastern District's Voluntary Dispute Resolution Program. E.D. Cal. Civ. L.R. 271(i). The parties shall hold an ADR session within 90 days of this order.

**IT IS SO ORDERED.**

Dated: May 18, 2017

VINCE CHHABRIA
United States District Judge