UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY COLFESCU,<br><br>         Plaintiff,<br><br>    v.<br><br>LAWRENCE BERGER, et al.,<br><br>         Defendants. | Case No.  16-cv-02191-VC<br><br>**ORDER DENYING REQUEST TO CHANGE CASE SCHEDULE**<br><br>Re: Dkt. No. 26 |

   The stipulated request to move the trial to accommodate a mediation is denied.  Trial dates will not be continued to accommodate settlement efforts.  The parties may, if they wish, submit a revised stipulation which extends discovery deadlines and the deadline for filing dispositive motions, but the pretrial conference and trial dates must remain the same.

   **IT IS SO ORDERED.**

Dated: July 25, 2017

_____
VINCE CHHABRIA
United States District Judge