**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl J. Calnero, SBN 117590
Katlyn L. Gregg, SBN 306078
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant,
LAWRENCE BERGER

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY COLFESCU, | Case No.: 16-cv-02191-VC |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY AND MOTION DATES SET IN COURT'S FEBRUARY 7, 2017, ORDER; [PROPOSED] ORDER** AS MODIFIED |
| v. | |
| LAWRENCE BERGER, Esq., FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, INC., a New York Domestic Not-For-Profit Corporation a.k.a. FLEOA, | Complaint Filed: September 14, 2016 |
| Defendants. | |

Plaintiff, BRANDY COLFESCU, and Defendants, LAWRENCE BERGER and FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, INC., (collectively the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

## **RECITALS**

A. The Complaint in this action was filed in September 2016.

B. On or around February 2017, the Parties agreed to, and thereafter stipulated to, participation in the Eastern District's Voluntary Dispute Resolution Program ("VDRP").

C. On May 18, 2017, this case was referred to VDRP pursuant to this Court's order. Bradley Benbrook was chosen by the Parties to act as the mediator for purposes of the VDRP.

D. Since that date, the Parties have been working to schedule a date for the VDRP session to take place. The VDRP session has been scheduled for August 10, 2017.

E. Because the Parties have agreed to, and will be, participating in the VDRP, the Parties have refrained from incurring unnecessary costs on expert witnesses, depositions, and other discovery.

F. Fact discovery is currently set to be cut off on August 18, 2017. However, the Parties wish to continue that date, along with all other discovery and motion dates in order to continue to work towards settlement at the VDRP session without incurring unnecessary costs.

G. In order to comply with the current deadlines set by the Court, the Parties will potentially be forced to needlessly incur costs in order to ensure that discovery is completed, when settlement is possible in just a few weeks.

H. As a result of the above, the Parties have agreed to continue all discovery and motion dates set in the Court's February 7, 2017, scheduling Order as set forth below.

## **STIPULATION**

1. Fact discovery shall be completed by **October 20, 2017**.
2. The deadline for expert disclosure shall hereby be continued to **October 20, 2017**.
3. The deadline for expert rebuttal shall hereby be continued to **November 8, 2017**.
4. Expert discovery shall be completed by **November 29, 2017**.
5. Dispositive motions shall be filed by **December 5, 2017**. The Parties must contact the Court to obtain a date for a hearing in Sacramento.

**IT IS SO STIPULATED.**

Dated: July 27, 2017  PORTER SCOTT
  A PROFESSIONAL CORPORATION


  By: */s/ Katlyn L. Gregg*
      Carl J. Calnero
      Katlyn L. Gregg
      Attorneys for Defendant,
      LAWRENCE BERGER

{01705195.DOCX} 2
**STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY AND MOTION DATES SET IN COURT'S FEBRUARY 7, 2017, ORDER; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Dated: July 27, 2017            JACOBSON LAW FIRM


By: */s/ Jeffrey H. Jacobson*
    Jeffrey H. Jacobson
    Attorney for Defendant,
    FEDERAL LAW ENFORCEMENT OFFICERS
    ASSOCIATION, INC., a New York Domestic Not-For-Profit Corporation a.k.a. FLEOA


Dated: July 27, 2017            LAW OFFICES OF GARY W. GORSKI


By: */s/ Gary W. Gorski*
    Gary W. Gorski
    Attorney for Plaintiff

{01705195.DOCX} 3

**STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY AND MOTION DATES SET IN COURT'S FEBRUARY 7, 2017, ORDER; [PROPOSED] ORDER**

1. [~~PROPOSED~~] **ORDER** AS MODIFIED

1. Fact discovery shall be completed by **October ~~20~~ 6, 2017**.
2. The deadline for expert disclosure shall hereby be continued to **October ~~20~~ 6, 2017**.
3. The deadline for expert rebuttal shall hereby be continued to ~~**November 8, 2017**~~ October 20.
4. Expert discovery shall be completed by **November ~~29~~ 3, 2017**.
5. Dispositive motions shall be filed by ~~**December 5, 2017**~~ November 10. The Parties must contact the Court to obtain a date for a hearing in Sacramento.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2017  _____

United States District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

{01705195.DOCX}  4

**STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY AND MOTION DATES SET IN COURT'S FEBRUARY 7, 2017, ORDER; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706